IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KELLY SINK, | ) | CASE NO. 3:18-cv-1569 |
| | ) | |
| Plaintiff, | ) | JUDGE: |
| | ) | |
| v. | ) | |
| | ) | **PETITION FOR REMOVAL** |
| NATIONAL HEALTH INSURANCE COMPANY, *et al.*, | ) ) | |
| | ) | |
| Defendant. | ) | |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT FOR THE NORTHERN DISTRICT OF OHIO:**

1. National Health Insurance Company ("NHIC") is a Defendant in a civil action brought against it by Plaintiff Kelly Sink in the Court of Common Pleas for Lucas County, Ohio, styled *Kelly Sink v. National Health Insurance Company, et al.,* Case No. G-4801-CI-0201802490-000 on the docket of said Court. Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served in that action are attached hereto.

2. The action was commenced by filing of the Complaint on May 21, 2018.

3. NHIC was served via certified mail on June 13, 2018.

4. Upon information and belief, Ms. Sink is a citizen of the state of Michigan.

5. NHIC is incorporated under the laws of Texas, with its principal place of business in Dallas County, Texas.

6. The within lawsuit is a controversy between citizens of different states, as to give rise to complete diversity of citizenship within the meaning of 28 U.S.C. § 1332, and the provision of original jurisdiction in this Court.

783545

7. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

WHEREFORE, NHIC hereby removes this action from the Court of Common Pleas for Lucas County, Ohio, to this Court, pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

*/s/ Crystal L. Maluchnik*
STEVEN G. JANIK (0021934)
CRYSTAL L. MALUCHNIK (0077875)
JANIK L.L.P.
9200 South Hills Blvd., Suite 300
Cleveland, Ohio 44147
Phone: (440) 838-7600 * Fax: (440) 838-7601
Email:   Steven.Janik@janiklaw.com
              Crystal.Maluchnik@janiklaw.com

Mail:  JANIK L.L.P.
P.O. Box 470550
Cleveland, Ohio  44147

*Attorneys for Defendant National Health Insurance Company*

2

732684-2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  In addition, the foregoing was served via regular U.S. mail, postage prepaid, upon:

>Taylor R. Ward
>Dixon Hayes & Witherell, Ltd.
>3361 Executive Parkway, Suite 100
>Toledo, Ohio 43606
>Email:  tward@dixonhayes.com
>
>*Attorney for Plaintiff*

>*/s/ Crystal L. Maluchnik*
>*One of the Attorneys for Defendant National Health Insurance Company*