IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KELLY SINK, | ) | CASE NO:  3:18-CV-01569 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL WITH** |
| NATIONAL HEALTH INSURANCE | ) | **PREJUDICE** |
| COMPANY, *et al.,* | ) | |
| | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of Plaintiff's claims, with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

/s/ Taylor R. Ward (by consent 7/25/19)
Taylor R. Ward, Esq.
DIXON HAYES & WITHERELL & WARD, LTD.
3361 Executive Parkway, Suite 100
Toledo, OH 43606
Phone: (419) 536-8600 * Fax: (419) 534-5934
Email: tward@dixonhayes.com

*Attorney for Plaintiff Kelly Sink*

/s/ Crystal L. Maluchnik
STEVEN G. JANIK (0021934)
CRYSTAL L. MALUCHNIK (0077875)
JANIK L.L.P.
9200 South Hills Blvd., Suite 300
Cleveland, Ohio 44147
Phone: (440) 838-7600 * Fax: (440) 838-7601
Email: Steven.Janik@janiklaw.com
        Crystal.Maluchnik@janiklaw.com

*Attorneys for Defendant National Health Insurance Company*

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

812952
813033

1